```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
BRIAN FISCHLER, individually and on behalf of all                :
other persons similarly situated,                                :
                                                                 :
                                            Plaintiff,           :
                                                                 :
                         -against-                               :
                                                                 :
TESTING SOLUTIONS LLC, d/b/a Covid                               :
Testing Lower Manhattan,                                         :
                                                                 :
                                            Defendant.           :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

1:22-cv-2077-GHW

ORDER

GREGORY H. WOODS, District Judge:

Plaintiff's June 22, 2022 request to adjourn the initial pretrial conference, Dkt. No. 8, is granted. The initial pretrial conference scheduled for June 29, 2022 is adjourned to August 8, 2022 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's March 15, 2022 order are due no later than August 1, 2022. The mediation should take place at least two weeks prior to the initial pretrial conference.

Plaintiff is directed to serve this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: June 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge